**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

IN RE:                                                                                                          CHAPTER 13
**Jewel E. Jasper
CASE NO: 16-62030**

SS# -**XXX-XX-4992**

       Debtor(s)

**ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE
(Direct Payment From Debtor)**

The above-named debtor(s) filed a Chapter 13 petition on **October 6th, 2016**, thereupon subjecting all wages and property of the Debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

Pursuant to 11 U.S.C. Section 1326(a)(1), it is

O R D E R E D:

That **Jewel E. Jasper,** Debtor, is hereby directed to pay to the duly appointed Trustee the sum of
**$250 / MONTH FOR 5 MONTHS, THEN $650 / MONTH FOR THE REMAINING 52 MONTHS**, commencing with the next pay period on or before **November 6th, 2016** All payments should be made payable to *HERBERT L. BESKIN, TRUSTEE, P. O. BOX 1961, Memphis, TN 38101-1961* *(tel: (434) 817-9913*),

The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b).

Copies of this order are directed to be mailed to the Debtor(s), counsel for the Debtor(s), and the Trustee.

DATED: December 16, 2016

Prepared by:

                                                       U. S. Bankruptcy Judge

/s/ Christopher M. Winslow
Attorney's Name